# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>   Defendant. | CIVIL ACTION NO. 6:20-cv-780-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS COMCAST

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Comcast Cable Communications, LLC ("Comcast") have resolved American's claims for relief against Comcast asserted in this case.

NOW, THEREFORE, American and Comcast, through their attorneys of record, request this Court to dismiss all claims asserted by American against Comcast in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: April 19, 2021

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ *Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com
Krishnan Padmanabhan
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Tel: (212) 294-6700

*Attorneys for Defendant Comcast Cable Communications, LLC*

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 19, 2021.

                                      */s/ Zachariah S. Harrington*
                                      Zachariah S. Harrington